# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2014 OCT 28  P 3:60

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

MIGUEL ASCENCIO GARCIA

DEFENDANT(S).

**VC**

**CR 14 537**

---

## INDICTMENT

Title 8 U.S.C. § 1326 - Reentry of Removed Alien

---

A true bill.

_____/s/_____
                            Foreman

Filed in open court this _28th_ day of

_October 2014_.

_Stephen Ybarra_
                            Clerk

Bail, $ _No bail arrest warrant_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Reentry of Removed Alien (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;
Removal.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
OCT 28 P 3:00
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ MIGUEL ASCENCIO GARCIA

DISTRICT COURT NUMBER
CR 14 537 VC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Michael Maffei

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2014 OCT 28 P 3: 01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ASCENCIO GARCIA, <br><br> Defendant. | CASE NO. CR 14 537 VC <br><br> VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry Following Removal <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about May 24, 2013, the defendant,

MIGUEL ASCENCIO GARCIA,

an alien, was excluded, deported, and removed from the United States, and thereafter, on or about October 3, 2014, was found in the Northern District of California, the Attorney General of the United States and the Secretary of the Department of Homeland Security not having expressly consented to an application by the defendant for admission into the United States, in violation of Title 8, United States

\\\
INDICTMENT

1 | Code, Section 1326.

2 | DATED:                                          A TRUE BILL.

                                                   _____
                                                   FOREPERSON

5 | MELINDA HAAG
6 | United States Attorney

  | _____
8 | KEVIN BARRY
9 | Chief, General Crimes Section

  | (Approved as to form: _____)
11 |                       AUSA MICHAEL MAFFEI

INDICTMENT