MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Facsimile:  (415) 436-7027
    E-Mail: Michael.Maffei@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00537 VC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) | **EXCLUDING TIME FROM OTHERWISE** |
| v. | ) | **APPLICATION SPEEDY TRIAL ACT** |
| | ) | **CALCULATION** |
| MIGUEL ASCENCIO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.    The parties appeared before the Court on January 12, 2015 at 2:00 p.m. for a status hearing.  The defendant, Miguel Ascencio Garcia, was present and represented by Mr. Erick Guzman. Assistant United States Attorney Michael Maffei appeared for the Government.  The parties agreed to a schedule of dates for motions and for the jury trial in this case.

2.    Accordingly, with the parties' agreement as to the new date, the Court scheduled a motions hearing for March 16, 2015 at 2:00 p.m.

3.    The parties now formalize their request for a continuance of this matter to March 16, 2015 at 2:00 p.m. for the motions hearing, and respectfully submit and agree that the period from

1   January 12, 2015 through and including March 16, 2015 should be excluded from the otherwise

2   applicable Speedy Trial Act computation because the continuance is necessary for effective preparation

3   of counsel, taking into account the exercise of due diligence.

4           IT IS SO STIPULATED.

5

6   DATED:  January 14, 2015                          MELINDA HAAG
                                                      United States Attorney
7

8                                                    _____/s/_____
                                                      MICHAEL MAFFEI
9                                                     Assistant United States Attorney

10

11  DATED:  January 14, 2015                  _____/s/_____
                                                      ERICK GUZMAN
12                                                    Counsel for the Defendant

13

14

15                              **[PROPOSED] ORDER**

16          Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

17  served by granting a continuance from January 12, 2015 through and including March 16, 2015

18  outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such

19  a continuance would unreasonably deny the defendant the reasonable time necessary for effective

20  preparation, taking into account the exercise of due diligence.

21          Accordingly, THE COURT ORDERS THAT:

22          1.      The parties shall appear before the Court on March 16, 2015 at 2:00 p.m. for a motions

23  hearing.

24  //

25  //

26  //

27  //

28  //

STIP. AND ORDER EXCLUDING TIME
CR 14-00537 VC

2.      The period from January 12, 2015 through and including March 16, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: January 16, 2015

HON. VINCE CHHABRIA
United States District Judge

STIP. AND ORDER EXCLUDING TIME
CR 14-00537 VC