UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>   Plaintiff,<br> v.<br>MIGUEL ASCENCIO GARCIA,<br>   Defendant. | Case No. 14-cr-00537-VC-1<br><br>**ORDER DENYING MOTION TO WITHDRAW** |

  The last day to file motions in this case (other than motions in limine) was March 2, 2015. The defendant did not file a motion.

  On March 6, 2015, defense counsel contacted the Court to inquire about extending the deadline to file motions and continuing the trial date.

  On March 16, 2015, the parties appeared for a status conference. The Court asked defense counsel why he missed the motion deadline, and why he had not sought an extension of the deadline. Counsel responded by speculating that perhaps he is not effectively representing his client because he missed the deadline. The Court informed defense counsel that the defendant would no longer be entitled to a separate hearing for motions, but stated that any substantive motion would be heard at the final pretrial conference, to avoid any risk that defense counsel's failure to meet the motion deadline would prejudice his client.

  On March 18, 2015, defense counsel filed a motion to withdraw as counsel, on the theory that his inability to have a motion heard would prevent him from effectively representing his client. At the end of this motion, defense counsel wrote: "In the alternative, undersigned counsel respectfully requests leave to file pre-trial motions by March 6, 2015."

  Despite giving the matter careful consideration, the Court has been unable to identify a

way to grant defense counsel's alternative request for leave to file pre-trial motions by March 6th, because he made the request 13 days after March 6th.  However, the defendant may file his motion(s) by March 27, 2015.  The government must respond to any such motion(s) by April 6, 2015, and any replies must be filed by April 8, 2015.  The motion(s) will be heard along with motions in limine and other pretrial matters at the pretrial conference on April 14, 2015.

In addition, the parties are notified that jury selection will take place April 20, 2015, rather than April 22.  The trial remains on schedule for April 27, 2015.

The motion to withdraw is denied as moot.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
VINCE CHHABRIA
United States District Judge

2