UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIGUEL ASCENCIO GARCIA,<br><br>   Defendant. | Case No. 14-cr-00537-VC-1<br><br>**ORDER DENYING REQUEST FOR JURY INSTRUCTION RE ENTRAPMENT BY ESTOPPEL**<br><br>Re: Dkt. No. 58 |
|---|---|

The defendant has requested that the jury be instructed on his proposed defense of entrapment by estoppel. This request is denied, because there is no basis in law, or in the evidence the defendant has proffered to the Court, for such an instruction. Even if a Superior Court Judge could be considered an "authorized government official" in this context, the judge did not say anything to the defendant that would lead him to reasonably believe he was permitted to remain in the country. And because the evidence proffered to the Court in connection with this motion does not give rise to an entrapment by estoppel defense, the defendant is precluded from presenting any of that evidence at trial.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
VINCE CHHABRIA
United States District Judge