UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>MIGUEL ASCENCIO GARCIA,<br>　　　　Defendant. | Case No. 14-cr-00537-VC-1<br><br>**ORDER RE BENCH TRIAL** |

The court has received a stipulation from the parties in which they indicate they wish to proceed with a bench trial on stipulated facts instead of a jury trial. The bench trial will take place Friday, April 24, 2015 at 2:00 p.m.

The court is confused by the wording of the portion of the stipulation which purports to describe what the government would be able to prove at trial. As presently worded, the stipulation appears to say that the government would be able to prove beyond a reasonable doubt that certain people will testify about certain things. The stipulation doesn't appear to say that the government would actually prove the facts to which those people would testify beyond a reasonable doubt. The parties should submit a revised stipulation which more clearly explains what the government would be able to prove beyond a reasonable doubt.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
VINCE CHHABRIA
United States District Judge